**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Paul FURNESS, Petitioner**

**No. 35 EAL 2017**

Supreme Court of Pennsylvania.

September 8, 2017

## ORDER

PER CURIAM

**AND NOW,** this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**